UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LADANTE MCNEARY,

        Plaintiff,

v.

MICHIGAN DEPARTMENT OF
CORRECTIONS et al.,

        Defendants.
_____/

Case No. 1:23-cv-1184

Honorable Sally J. Berens

## **ORDER**

This is a civil rights action brought by a *pro se* state prisoner under 42 U.S.C. § 1983. On August 5, 2024, an early mediation conference took place involving Plaintiff. As a result of that mediation conference, the parties have agreed to settle the matter in its entirety. (*See* ECF No. 11.)

Accordingly,

**IT IS ORDERED** that this case is **DISMISSED**.

**IT IS FURTHER ORDERED** that the remainder of the filing fee owed by LaDante McNeary, #509628, in this case, shall be waived, and the MDOC shall no longer collect the remaining filing fee in this case.

Dated:  August 8, 2024                /s/ Sally J. Berens
                                                           Sally J. Berens
                                                           United States Magistrate Judge